## United States District Court
## Central District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA vs.** | **Docket No.**   SA CR 11-0253-DOC<br>SA CR 12-0077-DOC |

**Defendant**   JOSEPH J. LAMPARIELLO

**Social Security No.**  8  3  8  4
(Last 4 digits)

akas:  Lampariello, Joseph John; "Joey"

---

# JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 06 | 13 | 2016 |

**COUNSEL**          Amy Karlin, DFPD
(Name of Counsel)

**PLEA**   [X] **GUILTY,** and the court being satisfied that there is a factual basis for the plea.   [ ] **NOLO CONTENDERE**   [ ] **NOT GUILTY**

**FINDING**

There being a finding/verdict of **GUILTY,** defendant has been convicted as charged of the offense(s) of:

SA CR 11-0253-DOC: Count 5, 26 U.S.C. § 7203:  Willful Failure to File Income Tax Return of the 5 Count Information
SA CR 12-0077-DOC: Count 1, 18 U.S.C. § 1343:  Wire Fraud of the 1 Count Information.
All remaining counts dismissed by motion of the Government.

**JUDGMENT AND PROB/ COMM ORDER**

The Court asked whether there was any reason why judgment should not be pronounced.  Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of:

It is ordered that the defendant shall pay to the United States a special assessment of $125.00, which is due immediately. Any unpaid balance shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

It is ordered that the defendant shall pay restitution in the total amount of $39,961,859.16 pursuant to 18 U.S.C. § 3663A.  The amount of restitution ordered shall be paid as set forth on the list attached to this judgment. If the defendant makes a partial payment, each payee shall receive approximately proportional payment unless another priority order or percentage payment is specified.

The Court finds from a consideration of the record that the defendant's economic circumstances allow for restitution payments pursuant to the following schedule: A partial payment of $10,000 shall be paid immediately. Restitution shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program. If any amount of the restitution remains unpaid after release from custody, nominal monthly payments of at least 10% of defendant's gross monthly income but not less than $200.00, whichever is greater, shall be made during the period of supervised release and shall begin 30 days after the commencement of supervision. Nominal restitution

USA vs.   JOSEPH J. LAMPARIELLO                    Docket No.:    SA CR 11-2053-DOC
                                                                 SA CR 12-0077-DOC

payments are ordered as the Court finds that the defendant's economic circumstances do not allow for either immediate or future payment of the amount ordered.

Pursuant to 18 U.S.C. § 3612(f)(3)(A), interest on the restitution ordered is waived because the defendant does not have the ability to pay interest. Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

The defendant shall comply with General Order No. 01-05.

All fines are waived as it is found that the defendant does not have the ability to pay a fine in addition to restitution.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Joseph J. Lampariello, is hereby committed on Count 1 of the Information in SACR12-00077 and Count 5 of the Information in SACR11-00253 to the custody of the Bureau of Prisons for a term of 121 months. This term consists of 121 months on Count 1 of the Information in SACR12-00077, and 12 months on Count 5 of the Information in SACR11-00253, to be served concurrently.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years. This term consists of 3 years on Count 1 of SACR12-00077 and 1 year on Count 5 of SACR11-00253, all such terms to run concurrently under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the United States Probation Office, General Order 05-02, and General Order 01-05, including the three special conditions delineated in General Order 01-05.

2. During the period of community supervision, the defendant shall pay the special assessment and restitution in accordance with this judgment's orders pertaining to such payment.

3. The defendant shall cooperate in the collection of a DNA sample from the defendant.

4. The defendant shall truthfully and timely file and pay taxes owed for the years of conviction, and shall truthfully and timely file and pay taxes during the period of community supervision. Further, the defendant shall show proof to the Probation Officer of compliance with this order.

5. The defendant shall not engage, as whole or partial owner, employee or otherwise, in any business involving loan programs, telemarketing activities, investment programs or any other business involving the solicitation of funds or cold-calls to customers without the express approval of the Probation Officer prior to engaging in such employment. Further, the defendant shall provide the Probation Officer with access to any and all business records, client lists, and other records pertaining to the operation of any business owned, in whole or in part, by the defendant, as directed by the Probation Officer.

6. The defendant shall report to the United States Probation Office within 72 hours of his release from custody.

USA vs.  JOSEPH J. LAMPARIELLO                    Docket No.:   SA CR 11-2053-DOC
                                                               SA CR 12-0077-DOC

7.  The defendant shall report in person directly to the Court within 21 days of release from custody, at a date and time to be set by the United States Probation Office, and thereafter report in person to the Court no more than eight times during his first year of supervised release.

8.  The defendant shall not possess, have under his control, or have access to any firearm, explosive device, or other dangerous weapon, as defined by federal, state, or local law.

The drug testing condition mandated by statute is suspended based on the Court's determination that the defendant poses a low risk of future substance abuse.

It is further ordered that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon **on July 11, 2016**.  In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at the United States Court House, 411 West Fourth Street, Santa Ana, California 92701-4516.

Pursuant to 18 U.S.C. § 3771(a)(4), a crime victim has the right to be reasonably heard at any public proceeding in the district court involving sentencing.  Pursuant to Federal Rule of Criminal Procedure 32(i)(4)(B), before imposing sentence the Court must address any victim of the crime who is present and must permit the victim to be reasonably heard.

Defendant advised of right to appeal.

The Court recommends FCI Otisville in New York due to close family ties.

Defendant's bond is exonerated upon surrender.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed.  The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

| June 13, 2016 | *David O. Carter* |
|---|---|
| Date | DAVID O. CARTER, U. S. District Judge |

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

| June 13, 2016 | By | *Deborah Goltz* |
|---|---|---|
| Filed Date | | Deputy Clerk |

USA vs.   JOSEPH J. LAMPARIELLO                    Docket No.:   SA CR 11-2053-DOC
                                                                SA CR 12-0077-DOC

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;
16. and, for felony cases only: not possess a firearm, destructive device, or any other dangerous weapon.

USA vs.   JOSEPH J. LAMPARIELLO                         Docket No.:   SA CR 11-2053-DOC
                                                                      SA CR 12-0077-DOC

☐ The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

## STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence (pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid):
   Non-federal victims (individual and corporate),
   Providers of compensation to non-federal victims,
   The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

## SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure; and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account. All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

USA vs.   JOSEPH J. LAMPARIELLO                 Docket No.:    SA CR 11-2053-DOC
                                                               SA CR 12-0077-DOC

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____ the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

_____        By _____
Date                                  Deputy Marshal

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

_____        By _____
Filed Date                             Deputy Clerk

## FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____        _____
Defendant                                  Date

_____        _____
U. S. Probation Officer/Designated Witness    Date

LAMPARIELLO Victim List
SA CR 11-0253-DOC
SA CR 12-0077-DOC

| Noteholder Name | Trasferred To: | Amount Outstanding |
|---|---|---|
| Alan & Dolores Girdlestone | | $26,012.14 |
| Alexander & Margarita Ketselman | | $28,568.79 |
| Alfred B. Dadivas | | $30,698.33 |
| Amos S. Norman | | $77,252.68 |
| Andrea M. Banks | | $25,664.22 |
| Andrea Tomassoni | | $25,664.22 |
| Angela Fordin Matar | | $35,363.26 |
| Angela S. Kao | | $30,559.66 |
| Angeles M. Tubao | | $28,888.12 |
| Angeles M. Tubao | | $75,550.48 |
| Angeline Wilson | | $50,714.46 |
| Ann B. Livingston | | $36,919.89 |
| Ann B. Livingston | | $36,873.64 |
| Ann L. Wilde | | $60,622.86 |
| Ann M. Bange | | $29,902.12 |
| Ann M. Bange | | $29,928.23 |
| Anna Harguindeguy | | $12,247.32 |
| Ann-Chi Hwang | | $25,441.72 |
| Anne Blalock Bunten | | $51,238.25 |
| Annette M. Martin | | $42,538.41 |
| Anthony E. Jaurique | | $25,834.77 |
| Anthony P. Arciero | | $30,867.98 |
| Anthony V. Ercolano | | $25,616.46 |
| Ariel S. Pagtakhan | | $28,504.92 |
| Arthur L. Haack | | $58,068.20 |
| Arthur R. & Karen M. Ekroos | | $25,561.89 |
| Arthur W. & Clara L. Doyle | | $51,046.09 |
| Ashish Nathu | | $28,851.62 |
| Ashish Nathu | | $30,503.03 |
| Ashokkumar Desai | | $113,289.78 |
| Axay Desai | | $25,568.71 |

1

| | | |
|---|---|---|
| Barbara A Culver | | $28,598.68 |
| Barbara R. Rehm | Liquidity Solutions, Inc. | $30,055.97 |
| Barbara Winpisinger | | $28,467.39 |
| Bert A. Walker | | $51,096.49 |
| Betty C. Holder | Victoria Holder | $25,548.24 |
| Betty L. & Frank Amonte | | $42,469.98 |
| Betty L. & Frank Amonte | | $89,100.41 |
| Betty Virginia Herrman | | $26,864.88 |
| Beverly I. Schneider | | $35,586.08 |
| Billy B. Wyatt | | $102,165.68 |
| Billy M. & Rhojean Arnold | | $25,650.57 |
| Bob & Vanda Vititow | | $28,304.20 |
| Bobby C. Billingsley | | $51,210.20 |
| Brad & Vikki Blauvelt | | $77,787.32 |
| Brian & Rose Mary Walsh | | $25,560.16 |
| Brian and Hattie Bermudes | | $26,132.53 |
| Brian J. & Patricia Casson | | $307,070.10 |
| Brian J. Cali | | $141,411.73 |
| Brian J. Parnell | | $32,250.07 |
| Bruce Bradford | | $30,867.98 |
| Bruce H. McKeon | | $25,978.03 |
| Burdette G. Brekken | | $51,096.49 |
| Burdette G. Brekken | | $51,669.53 |
| Burke and Rena Dambly | | $25,746.08 |
| Byung K. Kwon | | $40,440.87 |
| Carl R. Stolp | | $25,507.31 |
| Carlos and Kikuyo Nava | | $51,336.41 |
| Carole S. & James M. Berry | | $25,520.96 |
| Carolyn Philip | | $52,419.95 |
| Carroll M. Stone | | $57,234.91 |
| Carroll V. SoRelle | | $101,859.44 |
| Casmier J. Montemurri | | $103,958.47 |
| Chandra Jethwa | | $61,735.97 |
| Charlene T. & Henry P. Mavencamp | | $25,548.24 |
| Charles A. and Stacey R. Heuring | | $54,282.66 |
| Charles A. Pace | | $29,389.93 |
| Charles and Jean La Rosa | | $27,287.84 |
| Charles Colwell | | $45,549.26 |
| Charles D. & Carolyn D. Null | | $30,867.98 |
| Charles D. & Carolyn D. Null | | $30,867.98 |

2

| | | |
|---|---|---|
| Charles Eull | | $31,315.27 |
| Charles S. Rogalla | | $206,098.53 |
| Charles W. & Linda L. Wilson | | $56,699.63 |
| Charles W. Davis | | $25,943.92 |
| Chen S. Wang | | $24,892.51 |
| Chen-Ping Hsu & Yu-Chi Hsu | | $25,384.52 |
| Cherridine D. Birt | | $26,155.40 |
| Chi-Chang Hsieh | | $25,531.60 |
| Chien-Hsuan Huang & Wen-Han Chang | | $26,187.91 |
| Chien-Shen Shih | | $51,028.27 |
| Chih-Cheng Yeh | | $51,410.30 |
| Chih-Chuo Yuan | | $102,235.57 |
| Ching-Ching Yeh | | $35,651.57 |
| Ching-Hsing Wu & Sheng-Kun Chen | | $178,121.40 |
| Ching-Lang Su | | $33,617.96 |
| Ching-Lang Su | | $25,387.11 |
| Ching-Lang Su | | $82,157.42 |
| Ching-Mei Cheng Peng | | $52,519.65 |
| Ching-Sung Chang | | $76,071.68 |
| Chiu-Chuan Chen | | $25,376.72 |
| Chiung-Yu Huang | | $25,786.38 |
| Christine M. Meengs | | $102,165.68 |
| Chun-Ching Liao | | $57,548.97 |
| Chun-Jyi Su | | $33,111.49 |
| Chun-Lien Chao | | $25,374.99 |
| Chun-Ta Huang | | $26,155.84 |
| Chu-Wei Hu | | $25,650.57 |
| Clarence P. & Martha L. Klassen | | $25,610.03 |
| Clarence T. & Lou A. Poskey | Lou A. Poskey (Clarence deceased) | $100,358.35 |
| Clark and Linda Stirling | | $51,956.05 |
| Clifford J. & Diane H. Rome | | $25,352.67 |
| Connie J. Dixon | | $25,855.23 |
| Constance & Doug Dohn | | $28,504.91 |
| Constance D. Campbell | | $43,126.89 |
| Constance D. Campbell | | $30,147.20 |
| Constance Marla Dohn | | $29,752.09 |
| Cornelius H. Dykhuizen | | $28,495.80 |
| Cynthia C. Bernotus | | $51,082.84 |
| Dale M. Gorman | | $29,653.84 |

| | | |
|---|---|---|
| Dale R. & Corenna A. Walker | | $25,493.67 |
| Dani Greiner | | $27,066.81 |
| Daniel L. Taylor | | $56,991.59 |
| Danny & Mary Muhlbradt | | $27,287.84 |
| Dareld J. Shaver | | $175,579.16 |
| Darrell F. & Virginia C. Linder | | $42,339.83 |
| Darrell F. & Virginia C. Linder | | $30,566.90 |
| David & Donna Pero | | $59,965.95 |
| David & Sophia Guaderrama | | $571,923.17 |
| David A. & Kazuko K. Rowland | | $25,984.85 |
| David A. Rockwell | | $29,846.12 |
| David and Deborah Horn | | $85,402.23 |
| David and Lois Haase | | $27,287.84 |
| David Banks & Judith Blaski-Banks | | $129,856.02 |
| David Dickstein | | $49,155.58 |
| David E. & Mary E. Payne | | $26,309.78 |
| David E. and Judy M. Wallace | | $76,992.65 |
| David E. Payne | | $26,853.76 |
| David G. Sherman | | $14,649.52 |
| David H. & Mary S. Yamamoto | | $27,287.84 |
| David J. Moore | | $29,006.73 |
| David K. & Theresa M. Kukor | | $25,432.27 |
| David L. & Deborah R. Kline | | $57,101.08 |
| David L. & Sung Y. Wright | | $39,868.57 |
| David L. Kline | | $30,256.69 |
| David W. & Abigail W. Kinton | | $28,176.70 |
| David W. DuBois | | $30,837.99 |
| Dean and Anna Pike | | $54,575.69 |
| Dean Porter | | $76,142.18 |
| Deborah Williams | | $28,596.16 |
| Debra Best | | $64,160.54 |
| Debra Best | | $38,496.32 |
| Debra J. Wilde | | $61,735.97 |
| Debra L. Garvin | | $57,141.14 |
| Delano D. Erickson | | $28,495.80 |
| Delmer R. & Madeleine R. Cox | | $26,050.98 |
| Delton H. & Carole S. Heihn | | $28,349.82 |
| Dennis Holdge | | $25,896.16 |
| Dennis Vandevelde | | $60,641.11 |
| Denny Issac | | $34,162.11 |
| Diana Grundmann | | $29,470.87 |

4

| | | |
|---|---|---|
| Diane Loftus & Keith Parker | | $38,475.86 |
| Dinesh and Ramila Patel | | $29,116.21 |
| Dolores L. Smith | | $68,389.91 |
| Dolores L. Smith | | $57,776.24 |
| Don A. Phillips | | $27,287.84 |
| Donald and Ann Marie Laduzenski | | $27,287.84 |
| Donald and Connie Oswald | | $25,636.93 |
| Donald and Julia Clark | | $126,854.36 |
| Donald E. Parodi | | $112,924.83 |
| Donald Evans | | $59,687.89 |
| Donald J. & Linda Prosch | | $25,548.24 |
| Donald Kerscher | | $29,777.96 |
| Donald S. and V. Lucille Baber | | $36,767.87 |
| Donald W. and Dorothy Jane Roberts | | $26,339.59 |
| Donald Walker | | $181,053.47 |
| Donald Wing & Virginia C. Chong | | $25,813.46 |
| Donna M. Blaski | | $25,459.56 |
| Dora Ng | | $24,814.27 |
| Doris H. Bommersbach | | $20,477.77 |
| Doris K. Olson | | $26,216.80 |
| Doris N. Dukes | | $45,275.55 |
| Dorothy Berkenes | | $49,763.69 |
| Douglas W. and Donna R. Gant | | $28,733.02 |
| Doyle E. Little | | $34,435.82 |
| Dr. Jonathan M. Payne III | | $28,632.65 |
| Dr. Jonathan M. Payne III | | $45,350.13 |
| DuWayne and Susan Gumz | | $30,867.98 |
| Dwight A. Smith | | $44,153.32 |
| Dwight A. Smith & Josephine J. Plescia | | $29,353.43 |
| Edgar F. Holliday | | $26,407.81 |
| Edmund & Marian Roehl | Marian Roehl | $52,324.44 |
| Edward T. & Gloria A. Lopes | | $30,867.98 |
| Elaine B. Baugham-Young | | $36,416.99 |
| Elaine J. Kieffer | | $33,954.78 |
| Elizabeth Acinapura & Maria C. Juliano | | $51,942.41 |
| Elizabeth Jonas | | $169,879.93 |
| Elizabeth K. Newman | | $30,867.98 |
| Ellen D. Elder | | $61,735.97 |
| Elmer J. Lang | | $30,867.98 |

| | | |
|---|---|---|
| Elvera A. Kraenbring | | $25,514.13 |
| Emily F. Devitte | | $30,829.81 |
| Emily M. Hodges | | $29,919.11 |
| Emily M. Hodges | | $29,892.74 |
| Enrique Baltierra | | $30,247.57 |
| Ernest Fordin | | $105,089.22 |
| Ernest M. Tassoni | | $25,875.70 |
| Ernest M. Tassoni | | $38,557.72 |
| Estella M. Nichols & Frances Parmelee | | $25,324.62 |
| Esther Mullet | | $131,049.87 |
| Eugenia-I Lee | | $52,392.66 |
| Eva May Williams | James A. Williams | $28,304.20 |
| Felix Umali | | $30,083.34 |
| Francesca Palladino | | $25,404.98 |
| Frank P. Salido | | $51,287.50 |
| Frank W. Harrison III | | $153,083.66 |
| Fred Sarmiento | | $30,366.17 |
| Fred V. Jackson | | $75,706.85 |
| Frederick and Virginia R. McFall | | $30,867.98 |
| Frederick and Virginia R. McFall | | $28,742.14 |
| Frederick G. Schuman | | $44,944.81 |
| Fu-Cheng Chen | | $40,697.09 |
| Gail Allred Lucas | | $57,849.23 |
| Gail M. Rockwell | | $56,498.91 |
| Gardenia S. Butler | | $46,002.02 |
| Gary David & Lori Jo Murphy | | $61,715.15 |
| Gary Decker | | $81,159.00 |
| Gary Decker | | $84,479.59 |
| Gary R. Clark & Bettie Greenberg- Tenants in Common | | $51,191.99 |
| Gautham Gondi | | $50,769.03 |
| Gene H. Kezirian | | $54,018.47 |
| George and Annette Leavitt | | $27,440.27 |
| George Joseph | | $26,585.18 |
| George Pitra | | $29,691.01 |
| George W. and Lois M. Rose | | $101,974.67 |
| Gerald D. and Judith K. Robertson | | $52,767.08 |
| Gerald H. Walker | | $178,391.63 |
| Gerald J. Horton | | $28,860.75 |
| Gerald W. & Nancy J. Bauer | | $27,287.84 |
| Geraldine Szymanski | | $40,745.74 |

| | | |
|---|---|---|
| Germaine Miller | | $28,495.80 |
| Gilbert W. Holmes, III | | $28,701.83 |
| Gilda Youdeem | | $27,975.50 |
| Gladys E. Forshee | | $122,304.09 |
| Glen & Barbara Sternweis | | $61,735.97 |
| Glover D. Gilliam | | $272,878.43 |
| Gordon Dean & Chris Tina White | | $102,738.73 |
| Gordon L. Croft | | $46,330.75 |
| Greg A. Swidensky | | $30,867.98 |
| Greg S. Pruett | | $85,034.92 |
| H.L. Merrill Jr. & Janis Merrill | | $59,856.46 |
| H.L. Merrill Jr. & Janis Merrill | | $56,626.64 |
| Ha Thi Vuong | | $30,867.98 |
| Harley G. Puff | | $34,030.73 |
| Harold and Sharon Hunter | | $30,183.70 |
| Harold Davis | | $259,011.85 |
| Harold E. Thomas | | $218,302.74 |
| Harold Yoder | Miriam W. Yoder | $50,728.10 |
| Harvey L. and Beverly M. Becker | | $27,287.84 |
| Helen B. Huffstetler | | $28,289.23 |
| Henry P. & Charlene T. Mavencamp | | $25,548.24 |
| Herma Barber | | $38,148.40 |
| Herma Barber | | $32,598.06 |
| Hing B. Luong M.D. | | $113,983.19 |
| Hollis E., Sr. and Margaret A. Priest | | $74,260.84 |
| Howard Tischler | | $38,281.43 |
| Hsing-Man Tsai | | $35,575.59 |
| Hsing-Sang Tsai | | $101,581.05 |
| Hsin-I Tsai | | $25,357.23 |
| Hsiu-Tuan Liu Yu | | $76,419.60 |
| Hui-Chuan Yang | | $25,658.28 |
| Hui-Ju Lin & Kuo-Hua Chen | | $25,650.65 |
| I-Ching Lee | | $102,621.39 |
| Irma Rosen | | $34,873.77 |
| Ivan D.C. & Anna Behrends | | $26,025.78 |
| Jack J. & Sally A. Sally | | $28,413.68 |
| Jacqueline A. Pratt | | $59,579.21 |
| Jacqueline A. Pratt | | $59,637.49 |
| James & Anita McCachren | | $30,576.02 |

7

| | | |
|---|---|---|
| James & Janice Hudson | | $51,942.41 |
| James & Kathleen Kos | | $122,523.06 |
| James A. McArdle | | $27,287.84 |
| James B. & June M. Manale | | $113,289.78 |
| James Berkenes | | $28,625.38 |
| James C. & Ruth T. DeMartini | | $56,859.82 |
| James D. Griffiths | | $31,755.95 |
| James Di Donato | | $59,417.10 |
| James Dorn | | $96,547.04 |
| James F. & Ann R. Ruddy | | $46,029.29 |
| James F. Daly | | $50,932.76 |
| James F. Day | | $29,371.68 |
| James K. Merrill | | $24,514.51 |
| James Kerr & Marilyn Stage | | $25,459.56 |
| James L. Abbate | | $308,679.83 |
| James L. and Suzanne D. Thompson | Estate of Suzanne Thompson / Diane Thompson | $42,661.58 |
| James L. Dorn | | $30,366.17 |
| James L. McCready | | $25,596.00 |
| James O. Young | | $52,433.59 |
| James O. Young | | $52,247.89 |
| James P. and Mary T. Newhouse | | $57,234.91 |
| James R. & Martha M. Johnson | | $29,134.46 |
| James R. Gregath | | $60,914.82 |
| James R. Mullen | | $28,495.80 |
| James Shipe & Susan Donley | | $85,268.42 |
| James W. & Virginia R. Marlowe | | $29,882.61 |
| James W. Hopper | | $25,415.77 |
| Jana McCoy | | $827.03 |
| Jane T. Smith | | $25,216.61 |
| Janet A. Borcherding | | $30,055.97 |
| Janet A. Borcherding | | $29,791.38 |
| Janet A. Borcherding | | $29,761.46 |
| Janet Cassabon, POA for Elsie Fries, General Partner | | $178,419.80 |
| Janet M. Cason | | $30,402.67 |
| Janice A. Lucas | | $28,605.28 |
| Janice Stieger | | $54,852.07 |
| Janie L. & Jackie L. Shelton | | $35,652.93 |
| Janis Sherron | | $59,254.29 |
| Jean A. Carlson | | $32,745.41 |

| | | |
|---|---|---|
| Jean D. Barber | | $56,991.59 |
| Jean E. & Carlene S. Vance | | $25,568.71 |
| Jean E. & Carlene S. Vance | | $25,568.71 |
| Jeanette Martens | | $62,630.54 |
| Jeffrey B. & Johnathan R. Chick | | $84,967.33 |
| Jeffrey Dugan McIntosh | | $30,867.98 |
| Jen-Cheng Chang | | $27,165.05 |
| Jennifer Koster | | $28,924.62 |
| Jennifer M. Fagan | | $109,151.37 |
| Jennifer Pekula | | $29,535.91 |
| Jennifer Pratt | | $57,356.55 |
| Jennifer Pratt | | $44,728.12 |
| Jennifer Pratt | | $59,579.21 |
| Jennifer Rief | Jennifer Reif Duffy | $45,272.12 |
| Jenny Ho | | $50,741.74 |
| Jerome I. & Jill S. Rischall | | $56,571.90 |
| Jerome J. Wirth | Doris Wirth | $33,824.65 |
| Jerry Schwartz | | $25,568.71 |
| Jo Anne Dorsey | | $113,654.73 |
| Joan M. Zawacki | | $25,738.30 |
| Joe Pinkner | | $61,735.97 |
| John & Amber Campen | | $30,666.08 |
| John A. Fant | Lola Mae Fant | $56,571.90 |
| John and Lynda Pigula | | $29,782.25 |
| John Androvich | | $25,466.38 |
| John C. & Suzanne Nelson | | $57,374.79 |
| John C. and Shirley E. Kellogg | | $14,845.28 |
| John C. Boyajian | | $26,279.26 |
| John Gustafson | | $258,825.19 |
| John H.S. Austin | Liquidity Solutions, Inc. | $205,353.03 |
| John K Davis | | $17,786.22 |
| John L. Jennings, Jr. | | $200,024.53 |
| John L. Peterson | | $283,498.16 |
| John N. & Jean A. Ruff | | $49,156.34 |
| John R. & Barbara A. Reid | | $50,823.61 |
| John R. & Judith G. Viola | | $28,358.94 |
| John R. Rundo | | $30,867.98 |
| John S. Wilkinson | Curtis State Bank | $126,658.24 |
| John T. Oaster | | $45,494.52 |
| Jon C. Scott | | $28,413.68 |
| Jon D. Hanson | | $106,728.68 |

| | | |
|---|---|---|
| Jonas Ian Coch | | $39,436.05 |
| Jorge Fernandez | | $45,286.72 |
| Joseph A Savarino | | $28,608.06 |
| Joseph C. Gilardone, Jr. | | $71,100.12 |
| Joseph Clark | | $50,209.63 |
| Joseph L Pulaski | | $27,977.82 |
| Joseph P. & Elena C. Mastro | | $57,082.83 |
| Joseph Urban | | $26,639.76 |
| Josh & Lauren Klucewich | Argo Partners | $286,600.25 |
| Joshua A. Bailey | | $42,565.78 |
| Joyce M. List | | $30,867.98 |
| Juanita Malone | | $25,377.69 |
| Judith A. Gade | | $30,867.98 |
| Judith N. Serkosky | | $30,867.98 |
| Jui-Chin Hsiao | | $25,889.34 |
| Julaine Niehaus | | $45,827.20 |
| Kang-Chih Hung & Chao-Jung Hung-Chang | | $52,329.11 |
| Kang-Chih Hung & Chao-Jung Hung-Chang | | $51,851.41 |
| Karen J. Hodgin | | $28,507.06 |
| Karen Jordahl Rogers | | $28,687.40 |
| Kathleen Darrow | | $279,980.09 |
| Kathleen Darrow | | $54,234.59 |
| Kathleen Grady | | $58,528.97 |
| Kathleen L. Grauer | | $28,614.41 |
| Kathleen Montavon | | $31,224.94 |
| Kathleen Patricia Brown | | $50,905.47 |
| Kathryn Ann Gardner | | $25,978.03 |
| Kathryn Schmidt | | $27,287.84 |
| Kathryn T. Lalone | | $25,746.08 |
| Kathy Moss Williams | | $45,660.07 |
| Ke-Hsin Chiang | | $25,384.52 |
| Keith D. Barnum | | $28,660.03 |
| Keith E. & Diane P. Eggers | | $32,745.41 |
| Keith Leslie | | $50,987.33 |
| Keith Sjoquist & Nancy Schroeder Sjoquist | | $25,457.84 |
| Kelley Lowe | | $56,973.35 |
| Kelly & Kim Buckley | | $113,691.23 |
| Ken Kriz | | $38,056.31 |
| Kenneth & Mary C. Wagner | | $40,931.76 |

| | | |
|---|---|---|
| Kenneth B. & Alvina R. Seibert | Split into 2 Claims - Lynn Seibert & Ray Seibert | $52,433.59 |
| Kenneth Donahue | | $182,639.59 |
| Kenneth R. Flowers | | $52,160.71 |
| Kenneth W. Thompson | VonWin Capital | $66,549.59 |
| Kevin N. and Diana L. Knight | | $31,222.75 |
| Kyung Y. Kim | | $51,000.98 |
| L. Ronnell Richmond | | $76,235.41 |
| L. Ronnell Richmond | | $127,093.13 |
| Laddie Kajs | | $109,151.37 |
| Langdon Harrison | | $27,287.84 |
| Larry & Florance E. Kammerzell | | $25,520.96 |
| Larry & Nancy Askelson | | $35,401.77 |
| Larry A. Hodgin | | $58,541.29 |
| Larry L. Jones | | $25,780.19 |
| Larry P. Tilley | | $104,951.14 |
| Larry S. & Thomas A. Haverkos | | $88,607.73 |
| Lawrence G. Rausch | | $51,308.36 |
| Lawrence J. Abbate | | $52,911.13 |
| Lawrence Moser | | $34,862.82 |
| Lee-Li Chang-Wu | | $26,098.62 |
| Leo A. Reitan | | $27,287.84 |
| Leola Hober | | $25,555.07 |
| Leonard C. Scott | | $24,058.43 |
| Leroy & Liselotte E. Folmer | Liselott E. Folmer | $28,429.89 |
| LeRoy Kronenberg | | $30,164.42 |
| Lester & Irma Jean Buchanan | Irma Jean Buchanan | $32,999.87 |
| Li-Chuan Chen | | $36,718.82 |
| Li-Chuan Chen | | $81,354.83 |
| Li-Hsin Lu | | $25,682.19 |
| Li-Hsiung Huang | | $40,691.63 |
| Linda Brown | | $29,973.85 |
| Linda Nielsen | | $29,846.12 |
| Linda Schutt | | $515,194.48 |
| Lois Luchsinger | | $105,630.57 |
| Loretta & Joel Leonard | | $52,433.59 |
| Lorilee I. Weinhold | | $50,850.90 |
| Loyd Self | | $54,003.33 |
| Lucille M. Linde | | $96,485.96 |
| Lucille M. Linde | | $50,823.61 |
| Lucy Liu | | $53,184.01 |

11

| | | |
|---|---|---|
| Lue Ann Claypool | Lue Ann Claypool Estate | $25,377.69 |
| Lynis E. Parris | | $30,867.98 |
| Lynn P. Baum | | $28,547.01 |
| M. John Souza | | $26,329.65 |
| Marc A. Seeger | | $103,229.91 |
| Marcia C. Schulte | | $59,874.71 |
| Marcia C. Schulte | | $28,861.24 |
| Margaret & Ronnie Gunderson | | $51,364.11 |
| Margaret Diebert | | $58,323.67 |
| Margaret E. Zastrow Kinsey | | $28,660.03 |
| Margaret J. Borgwardt | | $30,867.98 |
| Margaret L. Gwinn | | $51,891.11 |
| Maria C. Juliano & Elizabeth Acinapura | | $51,942.41 |
| Maria Elisa Fordin | | $105,089.22 |
| Marianne C. Westendorp | | $25,514.13 |
| Marilyn A. Pacillo | | $52,269.86 |
| Marilyn Dotson | | $39,702.52 |
| Marilyn I. & S. Edward Hansen | | $50,809.96 |
| Marilyn McCarthy | | $28,760.39 |
| Marilyn P. Hazell | | $174,915.43 |
| Marilyn V. Huttunen | | $30,867.98 |
| Marion G. & Karen S. Mefferd | | $56,571.90 |
| Marjorie L. Fuldner | | $29,545.03 |
| Mark & Heidi De Rosa | | $109,151.37 |
| Mark and Susan Blanchard | | $97,288.98 |
| Mark D. Stolp | | $25,507.31 |
| Mark Ferguson | | $46,352.37 |
| Mark Harris & Marilee Toman | | $24,674.87 |
| Mark J. Pasillo | | $54,575.69 |
| Mark J. Stimmell | | $32,770.23 |
| Mark S. Zurawel | | $124,999.06 |
| Martin J. & Evelyn A. Irgens | | $28,232.96 |
| Martin J. Lipp | | $86,664.36 |
| Martin J. Lipp | | $57,776.24 |
| Martin M. Vaagen | | $28,851.62 |
| Marvin & Kay L. Braun | | $30,867.98 |
| Marvin and Sybil Goodman | | $29,691.01 |
| Mary B. Ackerley | | $50,946.40 |
| Mary Douglass Boldrick | | $56,863.86 |
| Mary E. and Javier Albarran | | $30,183.70 |
| Mary E. Payne | | $26,853.76 |

12

| | | |
|---|---|---|
| Mary I. Sherwood | | $28,532.29 |
| Mary T. Rowan | | $51,383.01 |
| Mary Theresa Vellinga | | $34,194.96 |
| Maryanna B Wortham | | $29,134.46 |
| Maureen A. Walsh | | $28,313.32 |
| Max Sturman | | $25,994.22 |
| Mehmet Cetin | | $28,504.92 |
| Mei-Chih Wang Lee | | $60,791.86 |
| Mei-Mei Lee | | $28,006.79 |
| Melinda Leone | | $38,723.14 |
| Melvin F. Bridges | | $25,415.77 |
| Melvin H. Nilmeier | | $25,514.13 |
| Michael & Patricia Aberlich | | $61,261.53 |
| Michael DuBois | | $39,311.24 |
| Michael E. Bonkiewicz | | $102,056.53 |
| Michael F. Davis | Was a Broker | -$7,709.50 |
| Michael G. Powell | | $51,410.30 |
| Michael Hailey | | $28,249.45 |
| Michael Hailey | | $44,449.90 |
| Michael J. Buero | | $41,979.08 |
| Michael Martin | | $53,415.95 |
| Michael R Gibboney | | $28,723.89 |
| Michael R. Schaefer | | $113,873.70 |
| Michael Randall | | $57,210.56 |
| Michael Salerno | | $45,476.49 |
| Michael W. Parke & Lexine R. Davis | | $25,377.69 |
| Michael W. Ramsey | | $50,946.40 |
| Michaelle B. Jones | | $44,084.89 |
| Michele R. Morgan | | $27,287.84 |
| Ming-Tsung Hsieh | | $53,581.68 |
| Min-Ru Liao | | $25,991.67 |
| Mitchell Wetzler | | $60,732.35 |
| Moody & Dorothy Brown | | $25,377.69 |
| Nancy B. Kuhlman | | $42,743.70 |
| Nancy L. Faull | | $30,867.98 |
| Nancy M. Larson | | $26,081.86 |
| Nancy Williford | | $102,192.97 |
| Nancy Williford | | $102,192.97 |
| Nanette H. Zolotorofe | | $25,793.83 |
| Naomi S. Wain | | $25,473.20 |
| Neil A. Moyer | | $91,369.23 |

| | | |
|---|---|---|
| Nellie Mae Vogt | | $51,396.65 |
| Nick & Rose Ann Rasic | | $114,275.15 |
| Nobuyoshi P. & Yoshie Tamura | | $84,895.86 |
| Noel Triden | | $50,632.59 |
| Noriyo Ono | | $56,863.86 |
| Norma H. Irwin | | $38,844.24 |
| Norwood Thomas Hoecker | | $85,241.05 |
| Oran Schmeeckle | | $25,425.45 |
| Orinne J. Morehead | | $30,968.97 |
| P. Samantha Lewis | | $28,377.19 |
| Parley F. & Fern Nellie Davis | | $25,555.07 |
| Patricia Acamo | | $65,477.38 |
| Patricia Gorecki | | $34,337.29 |
| Patricia J. Sprong | | $44,974.46 |
| Patricia Simpkins | | $185,163.37 |
| Patti McCauley | | $26,264.55 |
| Paul E. & Margaret E. Stuckey | | $28,880.00 |
| Paul E. and Leslie Hicks | | $193,146.76 |
| Paul J. Wallander | | $28,687.40 |
| Paul L. & Betty S. Tucker | | $25,698.33 |
| Paul Spaur | | $51,560.38 |
| Paul Wayne Williams | | $57,776.24 |
| Paulette Y. Zizzo | | $28,598.68 |
| Pauline T. Watson | | $65,597.88 |
| Pearl B. Christensen | | $28,358.94 |
| Pearl B. Christensen | | $29,034.10 |
| Pei-Hua Hsieh | | $52,249.94 |
| Philip Baron | | $31,361.92 |
| Philip C. and Tammy A. Kunze | | $46,301.97 |
| Phillip Wayne and Susan Rushing | | $58,341.92 |
| Phoebe F. Bird & Bruce J. Farrelly | | $25,882.52 |
| Ping Kuo | | $37,228.42 |
| Pi-Yun Chen Lin | | $25,329.94 |
| Pui-Wang Yu | | $303,795.56 |
| Pui-Wang Yu | | $379,846.78 |
| Pui-Wang Yu | | $329,111.85 |
| R D Montgomery | | $51,110.13 |
| R. Paul Borchert & Dianne C. Borchert | | $25,452.74 |
| R.L. Maxwell | | $25,466.38 |
| Rasik Lal Patel | | $50,769.03 |

| | | |
|---|---|---|
| Raymond Fico | | $25,493.67 |
| Raymond J. McDermott | | $33,954.78 |
| Raymond J. McDermott | | $33,954.78 |
| Rebecca Meriwether | | $25,418.63 |
| Reed L. Kirkland | | $67,755.26 |
| Reinhold Vergin | | $46,657.30 |
| Richard & Patricia Ornstein | | $28,495.80 |
| Richard A. & Helen M. Paul | | $38,066.54 |
| Richard Allen Raill | | $70,793.45 |
| Richard and Dorothy Sorheim | | $50,646.24 |
| Richard D. Voreis | | $28,806.01 |
| Richard J. Hutzler | | $26,230.44 |
| Richard L. & Mary K. Schafer | | $56,571.90 |
| Richard Mills | Estate of Richard Mills | $50,607.22 |
| Richard S. Lindstrom | | $30,493.91 |
| Richard S. Scolaro and Elmar Locker | | $117,815.18 |
| Richard S. Scolaro and Elmar Locker | | $150,599.16 |
| Richard S. Scolaro and Elmar Locker | | $117,815.18 |
| Richard Scolaro | | $92,603.95 |
| Richard W. & Patricia L. Miller | | $56,936.85 |
| Richard W. and Susan K. Regen | | $57,958.72 |
| Robert & Marilyn Dahl | | $35,442.82 |
| Robert & Marylin Holmes | | $25,432.27 |
| Robert Bailey | | $42,565.78 |
| Robert Carr | | $41,477.52 |
| Robert D. and Lori D. Justus | | $26,803.48 |
| Robert Davis | | $26,056.79 |
| Robert Fischer | | $37,528.70 |
| Robert H. Baker | | $109,151.37 |
| Robert Hofstrom | | $28,400.10 |
| Robert J. & Betty C. Nelson | | $27,287.84 |
| Robert J. Dika | | $30,366.17 |
| Robert Kwass | | $27,008.14 |
| Robert L. Cooke & Kay Cooke | | $30,867.98 |
| Robert L. Goodwin, Jr. | | $30,867.98 |
| Robert M. Walls | | $25,827.94 |
| Robert Pettinato | | $52,156.80 |
| Robert W. & Reba Riggs | | $102,465.85 |
| Robert W. & Reba Riggs | | $76,849.39 |

15

| | | |
|---|---|---|
| Robert W. Elfner | | $30,867.98 |
| Robert W. Pine | | $58,195.93 |
| Robert W. Pine | | $51,928.77 |
| Rodney C. Good | | $28,669.15 |
| Roee Kraemer | | $25,411.80 |
| Rolf H. Mueller | | $57,356.55 |
| Rolf H. Mueller | | $57,466.03 |
| Romulo A. Delacruz | | $35,719.79 |
| Ron & Beth Eller | | $43,386.92 |
| Ron and Olga Mosher | | $25,872.49 |
| Ronald & Monica Vellinga | | $28,605.28 |
| Ronald F. Zube | | $34,205.90 |
| Ronald Mills | | $57,228.81 |
| Ronda Threlfall | | $77,688.49 |
| Rory Suzuki | | $29,348.86 |
| Rosalind E. Odmark | | $25,500.49 |
| Ruben Diaz Rodriguez & Rosa Torres | | $38,281.43 |
| Ruben Flores | | $26,503.32 |
| Ruby Klaus Freed c/o Gail Allred Lucas POA | | $170,865.30 |
| Ruei-Zong Chen | | $127,281.14 |
| Ruina Senkovich | | $25,460.88 |
| Ruth J. Miller | | $27,083.18 |
| Ruth M. Daly | | $51,232.93 |
| Ruth M. Daly | | $50,728.10 |
| Sam G. & Vicky Sue Lewis, Jr. | | $34,052.63 |
| Sam G. Lewis, Jr. | | $30,867.98 |
| Samuel and Annette Moltz | | $36,202.24 |
| Samuel Lebron | | $25,520.96 |
| Sandra Van Camp | | $26,414.63 |
| Scott W. Faull | | $30,867.98 |
| Shannon Jimenez | | $113,216.79 |
| Sharon and Daniel Michalske | | $50,932.76 |
| Sharon L. Johnson | | $34,266.48 |
| Sharon McIntosh | | $41,613.00 |
| Shiang-Lan Lin | | $30,511.63 |
| Shih-Tsung Chou | | $30,785.80 |
| Shiow-Meeo Jou & Miya Morota | | $26,182.69 |
| Shirley A. Swihart | | $57,009.84 |
| Shirley Alm | | $51,737.75 |
| Shirley E. Kellogg | | $15,084.23 |

| | | |
|---|---|---|
| Shirley Peltier | | $51,669.53 |
| Shu-Chuan Hsu | | $25,689.19 |
| Shu-Li Chen | | $51,293.66 |
| Shu-Yu Chuang-Chang & Ying-Ho Chuang | | $30,428.67 |
| Siou-Cin Lin | | $25,465.02 |
| Stephen Davis | | $206,732.70 |
| Stephen M. Douthitt | | $29,599.78 |
| Stephen Marks | | $60,732.35 |
| Steven D. Wolkenfeld | | $25,404.98 |
| Steven L. and Karen L. Keller | | $41,912.30 |
| Steven R. Tyson | | $29,262.20 |
| Steven W. Senkovich | | $25,460.88 |
| Susan Clark | | $86,229.58 |
| Susan Pasillo | | $42,951.07 |
| Susan S. Rea | | $50,817.56 |
| Susan Wilke | | $58,615.63 |
| Sye Keene | | $54,575.69 |
| Tana L. Wolf | | $27,287.84 |
| Tau-Yeuan Chang | | $26,162.22 |
| Ted Alm | | $38,752.15 |
| Ted Alm | | $29,451.63 |
| Ted D. Frazier | | $25,415.77 |
| Ted Kinder | | $30,867.98 |
| Terence & Carol Moore | | $91,892.29 |
| Teri and Kenneth Barlow | | $25,896.16 |
| Terrence J. and Dianne K. Moran | | $25,927.62 |
| Terri L. Shoen | | $25,896.16 |
| Terrie L. Dileo | | $28,806.01 |
| Terry D. Keith | | $31,607.87 |
| Terry F. Huffstetler | | $28,289.23 |
| Terry Sparkman | | $40,317.79 |
| Thakorbhai and Madhuben Patel | | $28,678.27 |
| Theresa Smoot | Liquidity Solutions, Inc. | $26,621.75 |
| Thomas B. & Nancy N. Peterson | | $28,373.62 |
| Thomas H. Davis | | $38,690.75 |
| Thomas H. Stroh & Julie Goodrum | | $25,473.20 |
| Thomas J. & Vicky L. LaPlant | | $36,845.15 |
| Thomas J. Waffle | | $28,495.80 |
| Thomas J. Waffle | | $30,128.96 |

| | | |
|---|---|---|
| Thomas K. Black | | $101,701.79 |
| Thomas L. & Susan J. Soderman | | $52,183.10 |
| Thomas L. & Susan J. Soderman | | $52,087.71 |
| Thomas Leary | | $77,279.17 |
| Thomas S. Hutchison | | $35,139.87 |
| Thomas W. Didio | | $54,575.69 |
| Tieh-Chen & Chang-Kuei Peng | | $187,624.39 |
| Timothy Pisarski | | $28,386.31 |
| Timothy Pisarski | | $29,809.62 |
| Tina Healey | | $28,504.92 |
| Todd & Holly Pohland | | $51,369.36 |
| Toh Yi Lee | | $76,133.08 |
| Trent McGee | | $25,868.88 |
| Valentina A. Lizak | | $51,137.42 |
| Valerie H. Hedberg | | $54,575.69 |
| Vaughan & Margot Pratt | | $74,615.30 |
| Vaughan & Margot Pratt | | $74,544.33 |
| Vernon and Judith Cormier | | $28,623.53 |
| Vicki Hokokian | | $28,593.64 |
| Victor A. Ayoub | | $28,614.41 |
| Victor T. Bilugan | | $30,867.98 |
| Victor T. Bilugan | | $56,608.39 |
| Victoria M. Arnold | | $25,555.07 |
| Victoria Susan Lewis | | $30,867.98 |
| Virgil Wilton Lane III | | $305,105.37 |
| Virginia Jean Chaffee | | $30,867.98 |
| Virginia L. Goodson | | $102,029.25 |
| W. Jean Des Enfants | | $25,657.39 |
| W. Keith Martin, II | | $30,993.53 |
| W. Wayne & Bonnie Green | | $53,143.07 |
| W.T. & Dorothy Carr | | $109,151.37 |
| Wanda Lee Webb | | $205,914.06 |
| Watt R. Foster Sr. & Nancy W. Foster | | $50,946.40 |
| Wen-Chih Chi | | $27,385.81 |
| Wendell G. & Mary L. Swenson | | $50,528.74 |
| William A. Andrews | | $40,931.76 |
| William A. Andrews | | $40,931.76 |
| William A. Vigneault | | $28,368.06 |
| William B. & Janice C. Lee | | $170,153.64 |
| William Branner | | $27,287.84 |

| | | |
|---|---|---|
| William D. Brown | | $137,356.09 |
| William E. Prosch | | $25,541.42 |
| William F. Richardson | | $53,252.23 |
| William Frank & Trudi Hartley | | $29,477.69 |
| William G. Donaldson | | $25,507.31 |
| William Gabbard | | $101,701.79 |
| William J. and Marilyn M. Pfaff | | $27,287.84 |
| William J. Hill | | $67,909.56 |
| William J. Wolf | | $58,378.93 |
| William K. Hunt | | $38,881.32 |
| William L. Smith | | $68,113.73 |
| William L. Van Arnam | | $37,459.67 |
| William M. Bryson | | $28,468.43 |
| William M. Bryson | | $28,468.43 |
| William T. Jones | | $57,849.23 |
| William Thoms | | $30,712.88 |
| William W. & Jane M. Walderbach | | $56,936.85 |
| Wu-I Liu | | $101,685.04 |
| Wylie D. & Bonnie J. Walno | | $25,404.98 |
| Ying-Fu Chen & Chin-Yin Chen Hung | | $51,851.41 |
| Yu Chen | | $25,555.07 |
| Yu-Chi Wen | | $35,595.63 |
| Yu-Hui Tseng & Shun-Chih Lo | | $27,287.84 |
| Yu-Ling Lai | | $27,393.17 |
| Yu-Ting Liu | | $25,459.56 |
| Zouhair Yassine | | $59,254.29 |
| Zouhair Yassine | | $57,958.72 |

$39,961,859.16